IN THE UNITED STATES DISTRICT COURT 
 FOR THE EASTERN DISTRICT OF TEXAS 
 TYLER DIVISION 
RAUL GONZALEZ, § 
 Plaintiff, § 
 Case No. 6:20-cv-488-J DK-JDL 
GURNEY UNIT, et al., § 
 Defendants. § 
 CF89F S8CDHB; FODCFH5B8 F97CAA 9B85H-CB° 
 C: Hk 91 B=198 GHS519GA 5; =GHF5SH9'>1 8; 9° 
 DUbHZZFU cbnU Ye U 4fa YF |ba UY k Jb’ AVY □□□ Us’ 8 YdUfha Ybh cZ 
7fla |bU >i goWfH8 7>LEdfcWYx]b[ ‘dfc g%Z-YXTh |g W If) \reUk gf Ihdi fgi Ubi’ 
(&1 "G7" Y%,'" “H\Y Wi gY cZ UWcb ‘k Ue f£YATFYX tel: bIHYX GHhYe’ A |gtf UnY 
>i YZ AVY < cbcfUWY >c\b' 8" @cj YZ Af AbXlb[ g cZ AME VebW gicbg cZ “Uk Z UbxX 
fYWa a YbXUAcbe thy YXJedcg]Hcb ‘cZA\ Y Wey'"” 
 Cb’ 8YWa VY’ ,Z 8888Z >i XLY @cj Y YX U FYdcfh fRcCWYh Bc" %E 
fY\Vwa a YbX]b[ Un DUbHZ48 WY) f] \he’ VY X]ga ]eeYxzZ k JA\ci h X] □□ □□ 
DUbHZ48 fY be’ Wa □□□ JA,’ Ub’ cf cZ AVY 7ci fH" 5° WdnicZ Wy] ge’ F □□□□□□□ 
k Us'gybh ke’ DUbHZZ Un \ □□ “Ush_ bck UXXf k JA,’ Ub UWbck “YX[ a Yoh □□□□ 
H\ YXcWYh f YZYViB A Un Veh AY YF Ydefhi UbX Ay Yi bXYF nib[ ‘cfXYF'k YYY be’ 
KY 7ci fh Ug Ti bXY]j YYUV YA" k U bcH Heb’ cZ IX]gWUFL YXI’ 8cWYH Bee" % □□ 
% He’ XURYZ DUJbHZZ \Us’ YF Wa dJYX k JAN AVY cfX¥P° XJfYVb[ \Ja* be’ 
gi ddm Ub’ idxUhyx Ux*fYe bcf Waaib]/Whyx kjW’ KY Z7cifh glbW 
GYdhYa VYF &$&8" CWY\cbg te W\ YF Ydcfh\ G YbchVYYb J -YX"" 
 6YWi gY cVYWcbg Ir’ >i X[ Y @cj YS" F Ydcfh \U Y bch VYYb’ 4-YXZ DUbHZZ |g" 
VUFfYX Aca “XY bcj cfY¥j JYk ‘Voi Y8 |gtf]Va>i Xl YcZA\ cgY AbX]b[ gz WbWi g]cbgzUbxX 
fYWwa a YbXUcbgUbxzYl Wdhi deb ‘[ fci bXg'cZd Ub YWrfcfZAca Uddy UY fy ]Yk

the not-objected-to proposed factual findings and legal conclusions accepted and 
adopted by the district court. Douglass v. United Servs. Auto. Ass’n, 79 F.3d 1415, 
1430 (5th Cir. 1996) (en banc). 
 The Court has reviewed the pleadings in this cause and the Report of the 
Magistrate Judge. Upon such review, the Court has determined that the Report of 
the Magistrate Judge is correct. See United States v. Wilson, 864 F.2d 1219, 1221 
(5th Cir. 1989) (holding that where no objections to a Magistrate Judge’s Report are 
filed, the standard of review is “clearly erroneous, abuse of discretion and contrary 
to law.”). 
 Accordingly, it is: 
 ORDERED that the Report of the United States Magistrate Judge (Docket 
No. 17) is ADOPTED as the opinion of the Court; 
 ORDERED that the above-styled civil proceeding is DISMISSED, without 
prejudice, for Plaintiff's failure to comply an order of the Court; and 
 ORDERED that any and all motions which may be pending in this civil 
action are hereby DENIED as MOOT. 
 So ORDERED and SIGNED this 11th day of January, 2021. 
 qe D_ Korb 
 JHREMYD. KERN DLE 
 UNITED STATES DISTRICT JUDGE